UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

JAMES EDWARD LAWSON,

    Plaintiff,

v.

STATE OF CALIFORNIA, et. al.,

    Defendants.

Case No.  1:16-cv-0306-NJV (PR)

**ORDER OF DISMISSAL**

Plaintiff, a former prisoner, proceeds pro se with a civil rights complaint under 42 U.S.C. § 1983.  However, mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because he has been paroled from prison.  (Doc. 8.)  Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated:  June 2, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge